IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01624-WYD-MJW

COLORADO ENVIRONMENTAL COALITION, et al.,

    Plaintiffs,

v.

OFFICE OF LEGACY MANAGEMENT ("OLM"),
    an agency within the United States Department of Energy;

UNITED STATES DEPARTMENT OF ENERGY ("DOE"),
    an agency of the United States;

    Federal Defendants.

---

ORDER (Docket No. 11)

---

THIS MATTER came before the Court on the Parties' October 7, 2008 "Unopposed Joint Motion to Appear at the October 9, 2008 Scheduling Conference by Telephone. The Court finds the Unopposed Joint Motion is well taken and GRANTS to Motion.

Federal Defendants and Plaintiffs are hereby excused from appearing in person at the October 9, 2008 Scheduling/Planning Conference, and that the Conference will be conducted by telephone, with Plaintiffs' counsel Mr. Stills and Federal Defendants' counsel Mr. Smith appearing on behalf of the Parties. Counsel will arrange the teleconference with Chambers. The court's phone number is (303) 844 2403

IT IS HEREBY ORDERED.

Dated this 7th day of October, 2008.

BY THE COURT:

MICHAEL J. WATANABE
United States Magistrate Judge