IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-01624-WYD-MJW

COLORADO ENVIRONMENTAL COALITION, et al.,

Plaintiff(s),

v.

OFFICE OF LEGACY MANAGEMENT, et al.,

Defendant(s).

MINUTE ORDER

      Due to a conflict on the Court's calendar, it is hereby ORDERED that the Telephonic Status Conference set on February 19, 2010, at 8:30 a.m., is VACATED.

      Based upon Chief Judge Daniel's Order (docket no. 41), it is hereby ORDERED that this case is set for a Rule 16 Scheduling Conference/Status Conference before Magistrate Judge Watanabe on February 23, 2010, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The Scheduling Conference will be held along with the Status Conference.  The parties shall forthwith meet, confer and submit a proposed Amended Rule 16 Scheduling Order consistent with Chief Judge Daniel's Order (docket no. 41) on or before February 18, 2010.

Date:  January 28, 2010