UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01624-WYD-MJW

COLORADO ENVIRONMENTAL COALITION ("CEC"), *et al.*, ;

    Plaintiffs,

v.

OFFICE OF LEGACY MANAGEMENT ("OLM"), an agency within the United States Department of Energy; and
UNITED STATES DEPARTMENT OF ENERGY ("DOE"), an agency of the United States,

    Defendants.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed First Motion to Amend Complaint filed March 26, 2010 [d/e 43] is **GRANTED** and Plaintiffs' First Amended Complaint [d/e 53-1] is accepted for filing.

    Dated: May 26, 2010